AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23mj2200 |
| JOSEPH FINDLEY | ) | |
| *Defendant(s)* | ) | |

**FILED**
11:00 am Oct 06 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 17, 2023 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1992(a)(4)(A) and (10) | Terrorist attacks and other violence against railroad carriers and against mass transportation systems on land, on water, or through the air |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Julie D. Gravelle, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: October 6, 2023

City and state: Cleveland, Ohio

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*